### FIRST DEPARTMENT, MARCH, 1964 *

### (March 19, 1964)

HYMAN D. SIEGEL v. THE PEOPLE OF THE STATE OF NEW YORK.— Motion for an order pursuant to CPLR (5704, subd. [a]) vacating any order of the Supreme Court of the State of New York, County of New York, and for other relief denied. Concur — Breitel, J. P., Valente, McNally and Eager, JJ.